-FILED-
JUL 15 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:26-cr-115 |
| v. | ) | |
| | ) | 18 U.S.C. § 912 |
| JOSHUA M. CULVER | ) | 18 U.S.C. § 505 |
| a/k/a "MAVERICK A. YOUNG" | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

At times material to this Indictment:

## COUNT 1
## (Falsely Impersonating an Officer of the United States)

On or about September 19, 2025, in the Northern District of Indiana and elsewhere, the Defendant, **JOSHUA M. CULVER, a/k/a "MAVERICK A. YOUNG,"** falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, that is, as an agent of the National Security Agency, and in such assumed and pretended character, acted as such, with the intent to cause employees of the Tippecanoe County Sheriff's Office in Lafayette, Indiana, to do things they otherwise would not have done, including in that CULVER made telephone calls to the Sheriff's Office in which CULVER requested that the Sheriff's Office conduct a welfare check on his biological daughter; requested that the Sheriff's Office provide CULVER information about the location of his biological daughter; requested

that the Sheriff provide CULVER the names and information of certain Sheriff's Office employees; and falsely represented that CULVER could take adverse action against the Sheriff's Office in his capacity as an agent with the National Security Agency.

In violation of Title 18, United States Code, Section 912.

## COUNT 2
## (Falsely Impersonating an Officer of the United States)

On or about September 20, 2025, in the Northern District of Indiana and elsewhere, the Defendant, **JOSHUA M. CULVER, a/k/a "MAVERICK A. YOUNG,"** falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, that is, as an agent of the National Security Agency, and in such assumed and pretended character, acted as such, with the intent to cause Individual A to do something Individual A otherwise would not have done, including in that CULVER made a telephone call to Individual A's place of employment in Lafayette, Indiana, in which he falsely identified himself as a federal agent; falsely stated that Individual A was obstructing a federal investigation of a child kidnapping; falsely represented that CULVER could have Individual A arrested for committing a federal felony; and requested that Individual A's employer intervene to obtain Individual A's cooperation with CULVER's purported investigation; among other communications directed to Individual A.

In violation of Title 18, United States Code, Section 912.

**COUNT 3**
**(Falsely Impersonating an Officer of the United States)**

On or about January 16, 2026, in the Northern District of Indiana and elsewhere, the Defendant, **JOSHUA M. CULVER, a/k/a "MAVERICK A. YOUNG,"** falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, that is, as a Special Master enforcing orders of the United States Supreme Court, and in such assumed and pretended character, acted as such, with the intent to cause a Judge of the Lake County, Indiana, Superior Court to do something the Judge otherwise would not have done, including in that CULVER submitted an electronic communication to the Clerk of Lake County, Indiana, directed to a Judge of the Lake County Superior Court, in which CULVER falsely represented that he had the power to issue orders and warrants; requested that the Judge and court personnel take various actions, including making changes to vital records and dismissing cases and judgments against CULVER; and stated that if the Judge and court personnel did not take the actions CULVER requested, he and U.S. Marshals would make arrests for "impeding a federal agent, lying to a federal agent, and conspiracy."

In violation of Title 18, United States Code, Section 912.

## COUNT 4
## (Falsely Impersonating an Officer of the United States)

On or about February 2, 2026, in the Northern District of Indiana and elsewhere, the Defendant, **JOSHUA M. CULVER, a/k/a "MAVERICK A. YOUNG,"** falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, that is, as the Director of Tailored Access Operations ("TAO"), a purported intelligence agency, and in such assumed and pretended character, acted as such, with the intent to cause courts and government employees in Lake County, Indiana, to do things they otherwise would not have done, including in that CULVER filed a document titled "OFFICIAL SENSITIVE: TAILORED ACCESS OPERATIONS (TAO) COMPLIANCE DIRECTIVE" with the Clerk of the Lake County, Indiana, Superior Court in a case then pending against Defendant. The document, which purported to bear official letterhead, falsely stated that it was a directive issued by the "Director of TAO" and that CULVER was a "federal asset" active in multiple investigations. The document commanded that certain actions be taken as required by "federal directive," including that the case pending against CULVER be dismissed with prejudice, that warrants be quashed, and that Lake County officials cooperate with a "federal audit" of individuals identified in the document.

In violation of Title 18, United States Code, Section 912.

## COUNT 5
## (Use of Forged Signature of Judge and Seal of Court)

On or about September 24, 2025, in the Northern District of Indiana and elsewhere, the Defendant, **JOSHUA M. CULVER, a/k/a "MAVERICK A. YOUNG,"** knowingly concurred in using a forged and counterfeited signature of a judge of the United States, namely Chief Justice John G. Roberts, Jr., and a forged and counterfeited seal of a court of the United States, namely the United States Supreme Court, both of which Defendant knew to be forged and counterfeited, for the purpose of authenticating a document titled "Order of Dismissal With Prejudice," which CULVER filed in a case then pending against him in the Superior Court for Grant County, Indiana, under cause number 27D03-1903-F6-000148.

In violation of Title 18, United States Code, Section 505.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

ADAM L. MILDRED
UNITED STATES ATTORNEY

By: */s/ Zachary D. Heater*
Zachary D. Heater
Assistant United States Attorney